**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
W. Blair Castle (SBN 354085)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

*Attorneys for Plaintiff*
*Cooper Lyden*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER LYDEN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PORTLAND LEATHER GOODS, INC., a Delaware corporation; PORTLAND LEATHER GOODS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-01835-AS<br><br>*Assigned to Hon. Alka Sagar*<br><br>**PLAINTIFF's REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PORTLAND LEATHER GOODS, INC. & PORTLAND LEATHER GOODS, LLC**<br><br><u>Filed Concurrently:</u><br><br>　1. Declaration of Kevin J. Cole<br><br>Complaint Filed:　March 3, 2025<br>Complaint Served: March 11, 2025 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Cooper Lyden ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants Portland Leather Goods, Inc. and Portland Leather Goods, LLC (collectively, "Defendants") on the grounds that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."); *see also Wilber v. Top Global Capital*, No. SACV 12-1448 AG (JPRx), 2013 WL 12133638, at *2 (C.D. Cal. Aug. 2, 2013) ("Defendants have failed to defend themselves in an answer or appearance. Such inaction and lack of intent to defend is an admission of all well-pleaded allegations against the defaulting party.") (internal citations and quotation marks omitted).

Plaintiff served both Defendants with the Summons and Complaint on March 11, 2025 by personal service, as evidenced by the Proof of Service. *See* Dkt. No. 9 at Page ID # 46 (showing personal service upon Defendant Portland Leather Goods, Inc.'s agent for service of process); *id.* at Page ID # 48 (showing personal service upon Defendant Portland Leather Goods, LLC's agent for service of process); *see also* Fed. R. Civ. P. 4(h)(1)(B) (service may be made "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process . . ."). Plaintiff's counsel also emailed Defendants' CEO (Curtis Matsko) on March 28, 2025, advising him that "if [Defendants'] response to our class action lawsuit is not on file by **April 1, 2025**, we will move for default--and ultimately, seek to enforce a default judgment (classwide)." *See* Declaration of Kevin J. Cole, ¶ 8 & Ex. A (emphasis in original).

Defendants' responsive pleading was due on or before April 1, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) (responsive pleading is due twenty-one days after service). To date, Defendants have not made a general appearance or filed a responsive pleading.

Finally, because Defendants failed to respond as required by law, they are not entitled to any further notice before entry of their default. *Hawaii Carpenters' Trust Funds v. Stone*, 794 F.2d 508, 512 (9th Cir. 1986).

The facts stated above are set forth in the accompanying Declaration of Kevin J. Cole.

DATED: April 2, 2025    Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By: /s/ Kevin J. Cole

*Attorney for Plaintiff*
*Cooper Lyden*

# PROOF OF SERVICE

I, Kevin J. Cole, declare that I am over the age of 18 years, and am not a party to the within action. I am employed in the County of Los Angeles, California, where the mailing occurs, and my business address is 9701 Wilshire Blvd., Suite 1000, Beverly Hills, CA 90212.

On April 2, 2025, I served the following documents on the parties listed below by (i) placing them in a sealed envelope with shipping prepaid, and depositing them in a collection box for next-day delivery at the addresses below (via United Parcel Service), and (ii) email to support@portlandleathergoods.com and curtis@portlandleathergoods.com.

- **PLAINTIFF's REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS PORTLAND LEATHER GOODS, INC. & PORTLAND LEATHER GOODS, LLC; and**

- **DECLARATION OF KEVIN J. COLE**

<u>Portland Leather Goods, Inc.</u>
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

<u>Portland Leather Goods, LLC</u>
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2025 in Los Angeles, California.

By: <u>/s/ Kevin J. Cole</u>

PLAINTIFF's REQUEST FOR ENTRY OF DEFAULT