UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Cooper Lyden,

                                  Plaintiff(s),

v.

Portland Leather Goods, Inc., et al.,

                                  Defendant(s).

CASE NUMBER: 2:25-cv-01835-AS

**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _____All Defendants_____ for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the person named in complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☑ Time to respond has not expired
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered** .
- ☐ Other _____

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55-3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ☐ Other _____

CLERK OF COURT

By: /s/ Hana Rashad
_____
Deputy Clerk

CV-52B (09/12)        NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT