1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   JAY T. RAMSEY, Cal Bar No. 273160
2  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6017
3  Telephone: (310) 228-3700
   Facsimile: (310) 228-3701
4  E mail: jramsey@sheppardmullin.com

5  DANE C. BRODY CHANOVE, Cal. Bar No. 345843
   12275 El Camino Real, Suite 100
6  San Diego, California 92130-4092
   Telephone: (858) 720-8900
7  Facsimile: (858) 509-3691
   E Mail: dbrodychanove@sheppardmullin.com
8
   *Attorneys for Defendants*
9  PORTLAND LEATHER GOODS, INC.,
   PORTLAND LEATHER GOODS, LLC
10

11               UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13

| COOPER LYDEN, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-01835 |
|---|---|
| Plaintiff, | **JOINT STIPULATION VACATING CLERK'S ENTRY OF DEFAULT AND SETTING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT** |
| v. | |
| PORTLAND LEATHER GOODS, INC., a Delaware Corporation, PORTLAND LEATHER GOODS, LLC, and Does 1 to 10, inclusive, | *Filed concurrently with [Proposed] Order* |
| Defendants. | |

-1-
SMRH:4927-5927-2270   JOINT STIPULATION VACATING CLERK'S ENTRY OF DEFAULT AND SETTING
                     DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT

Pursuant to Local Rule 7-1, Plaintiff Cooper Lyden ("Plaintiff") and Defendants Portland Leather Goods, Inc. and Portland Leather Goods, LLC ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on March 3, 2025 (ECF No. 1);

WHEREAS, on April 14, 2025, the Clerk entered default against Defendants (ECF No. 14);

WHEREAS, counsel for Defendants was recently retained to represent Defendants in this action, learned of the entry of default, and, as a result, needs more time to investigate Plaintiff's claims and respond to the Complaint;

WHEREAS, on June 16, 2025, the Parties met and conferred, and Plaintiff agreed to withdraw his request for default and take any further actions required by the Court to vacate the Clerk's entry of default against Defendants;

WHEREAS, the Parties further agreed to extend Defendants' deadline to respond to the Complaint to July 1, 2025, and that Defendants will file an Answer to the Complaint on or before that deadline;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court enter an order: (1) vacating the Clerk's entry of default against Defendants; and (2) extending Defendants' deadline to file an Answer to Plaintiff's Complaint to July 1, 2025 without waiver of any affirmative defenses.

**IT IS SO STIPULATED.**

Dated: June 20, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Jay T. Ramsey*
          JAY T. RAMSEY
          DANE C. BRODY CHANOVE

          *Attorneys for Defendants*
          PORTLAND LEATHER GOODS, INC.,
          PORTLAND LEATHER GOODS, LLC

Dated: June 20, 2025        KJC LAW GROUP, A.P.C.

By        */s/ Kevin J. Cole*
          KEVIN J. COLE
          W. BLAIR CASTLE

          *Attorneys for Plaintiff*
          COOPER LYDEN

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 20, 2025

By        */s/ Jay T. Ramsey*
          JAY T. RAMSEY