UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01835-AS | Date | July 1, 2025 |
|---|---|---|---|
| Title | *Cooper Lyden v. Portland Leather Goods, Inc., et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings (In Chambers):**     Order Re Scheduling Conference

This case has been assigned to the calendar of Magistrate Judge Alka Sagar. (Dkt. No. 6).

The Court hereby sets a scheduling conference for **September 2, 2025 at 11:00 a.m.** in Courtroom 540, on the 5th floor of the United States District Court, Roybal Courthouse, 255 East Temple Street, Los Angeles, CA 90012. If the parties prefer the scheduling conference to be conducted by telephone or Zoom, Counsel shall notify the courtroom deputy clerk. A continuance of the Scheduling Conference will be granted only for good cause.

In preparation for the scheduling conference, Counsel for the parties shall comply with the following:

**The Court does not exempt parties representing themselves from compliance with any of the Local Rules, including Local Rule 16. "Counsel" as used in this Order includes parties representing themselves.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01835-AS | Date | July 1, 2025 |
|---|---|---|---|
| Title | *Cooper Lyden v. Portland Leather Goods, Inc., et al.* | | |

**1. Joint Rule 26(f) Report**

**Rule 26(f) Meeting of Counsel:** Counsel for the parties shall meet personally pursuant to Fed. R. Civ. P. 26(f) and applicable Local Rules to confer on a discovery plan not later than 21 days before the scheduling conference.  Fed. R. Civ. P. 16(b).

**Joint Report of Rule 26(f) Meeting:** The Joint Rule 26(f) Report, which shall be filed not later than seven (7) days before the scheduling conference, shall be drafted by plaintiff (unless the parties agree otherwise), but shall be submitted and signed jointly.  "Jointly" contemplates a single report, regardless of how many separately-represented parties there are.  The Joint Rule 26(f) Report shall specify the date of the scheduling conference on the caption page.  It shall address all matters described below, which include those required to be discussed by Rule 26(f) and Local Rule 26:

   **(a)** **Statement of the case:** a brief statement by each party (not to exceed two pages) setting forth that party's factual summary of the case as well as the party's main claims, counterclaims, or affirmative defenses.
   **(b)** **Subject matter jurisdiction:** a statement of the specific basis of federal jurisdiction, including supplemental jurisdiction.
   **(c)** **Legal issues:** a brief description of the **key legal issues**, including any unusual substantive, procedural, or evidentiary issues.
   **(d)** **Parties, evidence, etc.:** a list of parties, percipient witnesses, and key documents on the main   issues in the case.  For conflict purposes, corporate parties must identify all subsidiaries, parents, and affiliates.
   **(e)** **Damages:** the realistic range of provable damages.
   **(f)** **Insurance:** whether there is insurance coverage, the extent of coverage, and whether there is a reservation of rights.
   **(g)** **Motions:** a statement of the likelihood of motions seeking to add other parties or claims, file amended pleadings, transfer venue, etc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-01835-AS | Date | July 1, 2025 |
|---|---|---|---|
| Title | *Cooper Lyden v. Portland Leather Goods, Inc., et al.* | | |

**(h)** **Manual for Complex Litigation:** whether all or part of the procedures of the Manual for Complex Litigation should be utilized.

**(i)** **Status of Discovery:** a discussion of the present state of discovery, including a summary of any completed discovery.

**(j)** **Discovery Plan:** a detailed discovery plan, as contemplated by Rule 26(f), including the identity of all anticipated deponents and dates by which their depositions are to be completed (if possible), anticipated written discovery requests, including requests for admission, document requests, and interrogatories, and a schedule for completion of all discovery. State what, if any, changes in the disclosures under Rule 26(a) should be made, the subjects on which discovery may be needed and whether discovery should be conducted in phases or otherwise be limited, **any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced**, whether applicable discovery limitations should be changed or other limitations imposed, and whether the Court should enter other orders. A statement that discovery will be conducted as to all claims and defenses, or other vague description, is not acceptable.

**(k)** **Discovery cut-off:** a proposed discovery cut-off date. This means the final day for completion of discovery, including the production of all documents, completion of depositions <u>and resolution of all discovery motions, including compliance with any order on a discovery motion.</u>

**(l)** **Expert discovery:** proposed dates for expert witness disclosures (initial and rebuttal) and expert discovery cut-off under Rule 26(a)(2).

**(m)** **Dispositive motions:** a description of the issues or claims that any party believes may be determined by motion for summary judgment or other dispositive motion.

**(n)** **Settlement:** a statement of what settlement discussions or written communications have occurred (excluding any statement of the terms discussed) and a statement pursuant to Local Rule 16-14.4 selecting a settlement mechanism under that Rule. Note: If a case is selected for the ADR Pilot Program, the parties may choose private mediation (at their own expense) instead. If the parties jointly desire a settlement conference with a magistrate judge, they should explain why in the report. No case will proceed to trial unless all parties, including the principals of all corporate parties, have appeared personally at a settlement conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01835-AS | Date | July 1, 2025 |
|---|---|---|---|
| Title | *Cooper Lyden v. Portland Leather Goods, Inc., et al.* | | |

**(o)** **Trial estimate:** a realistic estimate of the time required for trial and whether trial will be by jury or by court. Each side should specify (by number, not by name) how many witnesses it contemplates calling. If the time estimate for trial given in the Joint Rule 26(f) Report exceeds six court days, Counsel shall be prepared to discuss in detail the estimate.

**(p)** **Trial counsel:** the name(s) of the attorney(s) who will try the case.

**(q)** **Independent expert:** whether this is a case where the Court should consider appointing a master under Rule 53 or an independent scientific expert. (The appointment of a master may be especially appropriate if there are likely to be numerous discovery disputes, numerous claims to be construed in connection with a summary judgment motion, a lengthy Daubert hearing, resolution of a difficult computation of damages, etc.).

**(r)** **Timetable:** Counsel should complete the Schedule of Pretrial and Trial Dates form attached to this Order and attach it to the Joint Rule 26(f) Report. The entries in the "Weeks Before Trial" column reflect what the Court believes are appropriate for most cases and will allow the Court to rule on potentially dispositive motions sufficiently in advance of the pretrial conference. The form is designed to enable Counsel to ask the Court to set different last dates by which the key requirements must be completed. Each side should write in the month, day and year it requests for each event. For example, for the expert discovery cut-off the entry might be "10/7/16" for plaintiff and "10/28/16" for defendants, if they cannot agree.

At the scheduling conference, the Court will review this form with Counsel. Each entry proposing Court dates shall fall on a Tuesday or Thursday and the Court may order different dates after it hears from Counsel. As stated in subsection (k) above, the discovery cut-off date is the last day by which all depositions must be completed, responses to previously-served written discovery must be provided, and motions concerning discovery disputes must have been heard and any orders complied with, not just filed. The cut-off date for motions is the last date on which motions may be heard, not filed.

**(s)** **Other issues:** a statement of any other issues affecting the status or management of the case (e.g., unusually complicated technical or technological issues, disputes over protective orders, extraordinarily voluminous document production, non-English speaking witnesses, ADA-related issues,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01835-AS | Date | July 1, 2025 |
|---|---|---|---|
| Title | *Cooper Lyden v. Portland Leather Goods, Inc., et al.* | | |

discovery in foreign jurisdictions, etc.) and any proposals concerning severance, bifurcation, or other ordering of proof.

The Joint Rule 26(f) Report should set forth the above-described information under section headings corresponding to those in this Order. Mandatory paper chambers copies of the Joint Rule 26(f) Report must be delivered to Judge Sagar's drop box located outside the Clerk's Office on the 12th floor of the Roybal Federal Building and Courthouse, 255 East Temple Street in Los Angeles, no later than the first court day after the filing.

### 2. Notice to be provided by Counsel

Plaintiff's Counsel or, if Plaintiff is appearing pro se, Defendants' Counsel, must provide a copy of this Order to any parties who first appear after the date of this Order and to parties who are known to exist but have not yet entered appearances. Counsel must also serve any such parties with a copy of Form CV-20B, declination of consent to a Magistrate Judge.

### 3. Disclosure to Clients

Counsel are directed to deliver to their respective clients a copy of this Order and the Court's trial Order which will contain the schedule the Court sets at the scheduling conference.

The Court thanks the parties and their counsel for their anticipated cooperation in complying with these requirements.

**IT IS SO ORDERED.**

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |

**EXHIBIT A**

MAGISTRATE JUDGE ALKA SAGAR
<u>SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET</u>

| Case No. | CV 25-01835-AS | | | |
|---|---|---|---|---|
| Case Name | Cooper Lyden v. Portland Leather Goods, Inc., et al. | | | |
| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order | |
| [   ] Jury Trial  *or*  [   ] Court Trial<br>**(Tuesday at 9 a.m.)**<br>            Duration Estimate:<br>         _____ Days | | | | |
| Final Pretrial Conference [LR 16] and Hearing on Motions in Limine<br>**(Tuesday at 10:00 a.m. -- <u>three (3)</u> weeks before trial date)**<br><br>Motions in Limine must be filed **<u>three (3) weeks</u>** before this date; oppositions are due **<u>two (2) weeks</u>** before this date; reply brief one week before this date. | | | | |
| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | | | |
| Non-Expert Discovery Cutoff (at least 4 weeks before last date to hear motions) | 20 | | | |
| Expert Disclosure (Initial) | | | | |
| Expert Disclosure (Rebuttal) | | | | |
| Expert Discovery Cutoff | 16 | | | |
| Last Date to **Hear** Motions (Thursday at 10:00 a.m.) | 14 | | | |
| Last Date to Conduct Settlement Conference | 12 | | | |

| | | | | |
|---|---|---|---|---|
| <u>For Jury Trial</u><br>File Memorandum of Contentions of Fact and Law, LR 16-4<br>File Exhibit and Witness Lists, LR 16-5.6<br>File Status Report Regarding Settlement<br>File Motions in Limine | 6 | | | |
| <u>For Jury Trial</u><br>Lodge Pretrial Conference Order, LR 16-7<br>File Agreed Set of Jury Instructions and Verdict Forms<br>File Statement Regarding Disputed Instructions, Verdicts, etc.<br>File Oppositions to Motions in Limine | 5 | | | |
| <u>For Court Trial</u><br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 5 | | | |