**EXHIBIT A**

MAGISTRATE JUDGE ALKA SAGAR
SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | CV 25-01835-AS |
|---|---|
| Case Name | Cooper Lyden v. Portland Leather Goods, Inc., et al. |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [ ✓ ] Jury Trial  *or*  [   ] Court Trial **(Tuesday at 9 a.m.)**       Duration Estimate: __3-5__ Days | September 14, 2027 | Agreed | |
| Final Pretrial Conference [LR 16] and Hearing on Motions in Limine **(Tuesday at 10:00 a.m. -- three (3) weeks before trial date)** Motions in Limine must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; reply brief one week before this date. | August 24, 2027 | Agreed | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | October 1, 2025 | Agreed | |
| Non-Expert Discovery Cutoff (at least 4 weeks before last date to hear motions) | 20 | April 27, 2027 | Agreed | |
| Expert Disclosure (Initial) | | January 22, 2027 | Agreed | |
| Expert Disclosure (Rebuttal) | | March 5, 2027 | Agreed | |
| Expert Discovery Cutoff | 16 | May 25, 2027 | Agreed | |
| Last Date to **Hear** Motions (Thursday at 10:00 a.m.) | 14 | June 8, 2027 | Agreed | |
| Last Date to Conduct Settlement Conference | 12 | June 22, 2027 | Agreed | |

| | | | | |
|---|---|---|---|---|
| <u>For Jury Trial</u><br>File Memorandum of Contentions of Fact and Law, LR 16-4<br>File Exhibit and Witness Lists, LR 16-5.6<br>File Status Report Regarding Settlement<br>File Motions in Limine | 6 | August 3, 2027 | Agreed | |
| <u>For Jury Trial</u><br>Lodge Pretrial Conference Order, LR 16-7<br>File Agreed Set of Jury Instructions and Verdict Forms<br>File Statement Regarding Disputed Instructions, Verdicts, etc.<br>File Oppositions to Motions in Limine | 5 | August 10, 2027 | Agreed | |
| <u>For Court Trial</u><br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 5 | N/A | | |