**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COOPER LYDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORTLAND LEATHER GOODS, INC.,<br>PORTLAND LEATHER GOODS, LLC.,<br>AND DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. CV 25-01835-AS<br><br>**SCHEDULING ORDER** |

　　　The Court has received and reviewed the Joint Rule 26(f) Report filed by the parties on August 28, 2025. (Dkt. No. 20). Based on the parties' submission, the Court sets the dates specified on the attached schedule. A separate Civil Trial Order will issue.

　　**IT IS SO ORDERED.**

Dated: September 9, 2025

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**SCHEDULE OF PRETRIAL AND TRIAL DATES**
**CASE NAME: Cooper Lyden v. Portland Leather Goods, Inc., et. al.,**
**CASE NO.: CV 25-01835-AS**

| Matter | Time | Weeks Before Trial | Court Order |
|---|---|---|---|
| Last date to hear motion to amend pleadings or add parties | | | 10-1-25 |
| Non-expert discovery cut-off | | 20 | 4-27-27 |
| Expert disclosure (initial) | | | 1-22-27 |
| Expert disclosure (rebuttal) | | | 3-5-27 |
| Expert discovery cut-off | | 16 | 5-25-27 |
| Dispositive motions to be heard no later than | | 14 | 6-8-27 |
| Last Date to conduct settlement conference | | 12 | 6-22-27 |
| Last Date to file status report re settlement | | | 6-29-27 |
| File memo of contentions of fact and law, LR 16-4; Disclose graphic and illustrative material LR 16-3; File Exhibit and Witness Lists LR 16-5.6; File motions in limine | | 6 | 8-3-27 |
| For Jury Trial Lodge pretrial conference order, LR 16-7; File agreed set of jury instructions and verdict forms, statement regarding disputed instructions, verdicts, etc.; File oppositions to motions in limine | | 5 | 8-10-27 |
| File Optional Reply to Motions in Limine; File joint statement of case (jury trial only), case-specific proposed voir dire (jury trial only), joint witness list, joint exhibit list, and case- specific glossary and terminology | | 4 | 8-17-27 |
| Pretrial conference, LR 16; Hearing on motions in limine | 10:00 a.m. | 3 | 8-24-27 |
| Exhibit Conference; submission of exhibits to the Court | 10:00 a.m. | | 9-9-27 |
| Trial (jury) (Tuesday) 3-5 days | 8:30 a.m. | | 9-14-27 |