**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
W. Blair Castle (SBN 354085)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

**DOVEL & LUNER, LLP**
Jonas B. Jacobson (SBN 269912)
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER LYDEN, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-01835-AS |
| *Plaintiff,* | **STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| PORTLAND LEATHER GOODS, INC., a Delaware corporation; PORTLAND LEATHER GOODS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| *Defendants.* | |

Stipulation for Leave
to File First Amended Complaint                    Case No. 2:25-cv-01835-AS

Pursuant to LR 15-1, Plaintiff Cooper Lyden ("Plaintiff") and Defendants Portland Leather, LLC and Portland Leather Goods, Inc. ("Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and request the following:

WHEREAS, on March 3, 2025, Plaintiff filed his original Complaint (Dkt. 1);

WHEREAS, on July 1, 2025, Defendants filed their answer to the Complaint (Dkt. 18);

WHEREAS, under FRCP 15(a)(2), a party may amend its pleading with the opposing party's written consent or the Court's leave;

WHEREAS, Plaintiff respectfully requests leave to file his First Amended Complaint ("FAC"), attached as Exhibit 1, within 7 days of the Court's order granting leave to amend;

WHEREAS, Defendant consents to the amendment under FRCP 15(a)(2), and reserves all rights and defenses to challenge the allegations in the FAC;

NOW, THEREFORE, the Parties stipulate and request that, subject to the Court's approval, Plaintiff shall file her First Amended Complaint within 7 days of the Court's order granting leave to amend.

IT IS SO STIPULATED.

Dated: March 25, 2026               /s/ Jonas B. Jacobson

**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
W. Blair Castle (SBN 354085)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com


**DOVEL & LUNER, LLP**
Jonas B. Jacobson (SBN 269912)

Stipulation for Leave
to File First Amended Complaint          1          Case No. 2:25-cv-01835-AS

jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

Dated: March 25, 2026

/s/ Jay T. Ramsey
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
JAY T. RAMSEY, Cal Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E mail: jramsey@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal. Bar
No. 345843
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
E Mail:
dbrodychanove@sheppardmullin.com

*Attorneys for Defendants*

Stipulation for Leave
to File First Amended Complaint          2          Case No. 2:25-cv-01835-AS

**<u>Attestation of Compliance</u>**

Under C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 25, 2026                    */s/ Jonas B. Jacobson*

                                        Jonas B. Jacobson

Stipulation for Leave
to File First Amended Complaint          3          Case No. 2:25-cv-01835-AS