**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COOPER LYDEN, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff,*<br><br>v.<br><br>PORTLAND LEATHER GOODS, INC., a Delaware corporation; PORTLAND LEATHER GOODS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>        *Defendants.* | Case No. 2:25-cv-01835-AS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The Court, having considered the Stipulation for Leave to File First Amended Complaint, hereby GRANTS the Stipulation and ORDERS Plaintiff to file his First Amended Complaint within 7 days.

IT IS SO ORDERED.

Dated: March 26, 2026

_____/ s / Sagar_____
HON. ALKA SAGAR
United States Magistrate Judge

[Proposed] Order                    1                    Case No. 2:25-cv-01835-AS