**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COOPER LYDEN, et al. | CASE NUMBER |
| PLAINTIFF(S) | 2:25−cv−01835−AS |
| v. | |
| PORTLAND LEATHER GOODS, INC., et al. | |
| DEFENDANT(S). | **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Alka Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Telephonic

Magistratet Judge: Alka Sagar

Date/Time:        April 29, 2026 at  01:00 PM

Courtroom:        Teleconference

 April 27, 2026
Date

By  /s/ *Alma Felix*
Deputy Clerk

CV−19 (11/21)          MOTION RE: INFORMAL DISCOVERY DISPUTE