SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JAY T. RAMSEY, Cal Bar No. 273160
jramsey@sheppard.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701

DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppard.com
12275 El Camino Real, Suite 100
San Diego, California  921130-4092
Telephone:   858.720-8900
Facsimile:   858.509-3691

Attorneys for Defendants
PORTLAND LEATHER GOODS, INC.;
PORTLAND LEATHER GOODS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER LYDEN, MARIANNE PEREZ, and HOLLY HARRIS, each individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>PORTLAND LEATHER GOODS, INC., a Delaware corporation; PORTLAND LEATHER GOODS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No. 2:25-cv-01835-AS<br><br>*Hon. Alka Sagar*<br><br>**JOINT STIPULATION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE** |

Plaintiffs Cooper Lyden, Marianne Perez, and Holly Harris ("Plaintiffs") and Defendants Portland Leather Goods, Inc. and Portland Leather Goods, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS,** on September 9, 2025, the Court entered its Scheduling Order (ECF No. 22) in the instant action;

**WHEREAS**, the Scheduling Order did not set a briefing schedule for Plaintiffs' forthcoming Motion for Class Certification;

**WHEREAS**, the Parties agree to the following deadlines in connection with Plaintiffs' forthcoming Motion for Class Certification:

| | |
|---|---|
| Plaintiff's motion for class certification, and any expert reports Plaintiff intends to use in support of class certification, to be filed and served | August 28, 2026 |
| Defendant's opposition to Plaintiff's motion for class certification, and any expert reports Defendant intends to use in opposition to class certification, to be filed and served | October 30, 2026 |
| Plaintiff's reply in support of class certification, and any rebuttal expert reports Plaintiff intends to use in connection with class certification, to be filed and served | November 24, 2026 |
| Hearing on motion for class certification | Tuesday, December 15, 2026 at 10:00 a.m. |

**WHEREAS**, the Parties agree that the current post-certification deadlines set forth in the Scheduling Order should be vacated, and that the Parties shall submit a proposed post-certification schedule within fourteen (14) days following the Court's ruling on Plaintiffs' Motion for Class Certification.

**IT IS SO STIPULATED.**

-2-

SMRH:4908-0699-0007        JOINT STIPULATION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE

Dated:  June 23, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By _____/s/ Jay T. Ramsey_____
JAY T. RAMSEY
DANE C. BRODY CHANOVE

Attorneys for Defendants
PORTLAND LEATHER GOODS, INC.,
PORTLAND LEATHER GOODS, LLC


Dated:  June 23, 2026

DOVEL & LUNER, LLP


By _____/s/ Jonas B. Jacobson_____
JONAS B. JACOBSON
HANNAH E. DAWSON

Attorneys for Plaintiffs
COOPER LYDEN, MARIANNE PEREZ, and
HOLLY HARRIS

SMRH:4908-0699-0007      JOINT STIPULATION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE