UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER LYDEN, MARIANNE PEREZ, and HOLLY HARRIS, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTLAND LEATHER GOODS, INC., a Delaware corporation; PORTLAND LEATHER GOODS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01835-AS<br><br>*Hon. Alka Sagar*<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE** |

# [~~PROPOSED~~] ORDER

WHEREAS, the Court, having read and considered the Joint Stipulation to Set Class Certification Briefing Schedule, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Joint Stipulation to Set Class Certification Briefing Schedule is **GRANTED** as follows:

1.      The Court sets the following deadlines in connection with Plaintiff's forthcoming Motion for Class Certification:

| | |
|---|---|
| Plaintiff's motion for class certification, and any expert reports Plaintiff intends to use in support of class certification, to be filed and served | August 28, 2026 |
| Defendant's opposition to Plaintiff's motion for class certification, and any expert reports Defendant intends to use in opposition to class certification, to be filed and served | October 30, 2026 |
| Plaintiff's reply in support of class certification, and any rebuttal expert reports Plaintiff intends to use in connection with class certification, to be filed and served | November 24, 2026 |
| Hearing on motion for class certification | Tuesday, December 15, 2026 at 10:00 a.m. |

2.      The current post-certification deadlines set forth in the Scheduling Order (ECF No. 22) are vacated.  The Parties shall submit a proposed post-certification schedule within fourteen (14) days following the Court's ruling on Plaintiffs' Motion for Class Certification.

DATED:  June 24, 2026

_____/ s / Sagar_____
HON. ALKA SAGAR
United States Magistrate Judge

-2-