UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-1835-AS | Date | August 7, 2026 |
|---|---|---|---|
| Title | Cooper Lyden, et. al.,  v. Portland Leather Goods, Inc., et al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jonas Jacobson | Jay T. Ramsey |
| Hannah Dawson | Dane Brody Chanove |

**Proceedings (In Chambers):**    **ORDER RE INFORMAL DISCOVERY CONFERENCE (DKT. NO.  43)**

At the parties' request, the Court held an informal discovery conference, ("IDC"), by video teleconference on August 6, 2026.  At issue are Plaintiffs' requests for an order compelling Defendants to produce (1) their custodial and non-custodial productions on a "workable timeline;" and (2) messages sent or received from Defendants' instant messaging and customer complaint platforms and network drive files.

Defendants confirmed that they are in the process of reviewing the custodial documents identified through the use of the parties' agreed-to custodian and search terms and a predictive coding tool and expect to complete their review and produce responsive documents by the end of this month.  Defendants object to Plaintiffs' request for messages from their messaging platforms as not relevant to class certification issues and, at this point in the case, requiring additional cost, time, and burden. The Court agrees.   Plaintiffs have not provided any basis beyond speculation for their claim that communications in Defendants' message platforms will yield information that is not duplicative of the custodial email search that Defendants are conducting and/or relevant to the class certification motion they intend to file.

Plaintiffs' request for an order compelling Defendants to produce messages sent from their messaging platforms is DENIED without prejudice.  The parties are ordered to meet and confer regarding the date on which Defendants will produce the emails they are currently reviewing and a briefing schedule for Plaintiffs' motion for class certification. A stipulation and proposed order modifying the existing briefing schedule must be filed no later than ten (10) days from the date of this Order.

**IT IS SO ORDERED.**

CV-90 (06/04)                              **CIVIL MINUTES - GENERAL**