NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER LYDEN, MARIANNE PEREZ, and HOLLY HARRIS, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTLAND LEATHER GOODS, INC., a Delaware corporation; PORTLAND LEATHER GOODS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01835-AS<br><br>*Hon. Alka Sagar*<br><br>**[~~PROPOSED~~] ORDER GRANTING AMENDED STIPULATION TO SET CASE DEADLINES** |

# [PROPOSED] ORDER

WHEREAS, the Court, having read and considered the Amended Stipulation to Set Case Deadlines, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Amended Stipulation to Set Case Deadlines is **GRANTED** and the Court sets the following deadlines in connection with Plaintiffs' Motion for Class Certification:

| | |
|---|---|
| Defendant's opposition to Plaintiffs' motion for class certification, and any expert reports Defendants intend to use in opposition to class certification, to be filed and served | December 18, 2026 |
| Plaintiffs' reply in support of class certification, and any rebuttal expert reports Plaintiffs intend to use in connection with class certification, to be filed and served | **January 22, 2027** |

DATED: October 22, 2026

/ s / Sagar
HON. ALKA SAGAR
United States Magistrate Judge